UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-62034-CIV-COHN/SELTZER

ANGEL GABRIEL REYNOSO CHAVEZ, *and all others similarly situated under 29 U.S.C. 216(B)*,

   Plaintiff,

vs.

DONG LE CORPORATION D/B/A SHINJU JAPANESE BUFFET SUSHI SEAFOOD HIBACHI GRILL, HAO CHEN,

   Defendants.
_____

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

  Pursuant to Fed.R.Civ.P. Rule 68(a), Plaintiff ANGEL GABRIEL REYNOSO CHAVEZ, through his undersigned counsel, hereby accepts and provides notice that he has accepted Defendant Dong Le Corporation D/B/A Shinju Japanese Buffet Sushi Seafood Hibachi Grill's, Offer of Judgment dated March 10, 2015, attached hereto as Exhibit "A". Plaintiff will move for attorneys' fees and costs under Local Rule 7.3 pursuant to the Offer of Judgment.

  Dated this 17th day of March, 2015

               Respectfully submitted,

               J.H. Zidell P.A.
               *Attorneys for Plaintiff*
               300 71st Street, Suite 605
               Miami Beach, Florida 33141
               Tel: (305) 865-6766
               Fax: (305) 865-7167

               By: /s/ J.H. Zidell, Esq_____
                 J. H. Zidell, Esq.
                 Florida Bar No.: 10121

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Acceptance of Offer in Judgment was sent via CM/ECF to Hongwei Shang on this 17th day of March 2015.

        J.H. Zidell, P.A.
        Attorney for Plaintiff
        300 71st Street, Suite 605
        Miami Beach, Florida 33141
        Tel: (305) 865-6766
        Fax: (305) 865 – 7167
        By: /s/ J.H. Zidell, Esq
        J. H. Zidell, Esq.
        Florida Bar No.: 10121

## SERVICE LIST

Hongwei Shang
The Law Office of Hongwei Shang, LLC
515 E Las Olas Boulevard
7350 SW 89th St Ste 100
Miami, FL 33156-7837
Phone: 786-581-9759
Fax: 786-581-9168
Email: hshanglaw@gmail.com
*Attorney for Defendants*