UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ANGEL GABRIEL REYNOSO CHAVEZ and all others similarly situated under 29 U.S.C.216(b),<br><br>    Plaintiff,<br><br>vs.<br><br>DONG LE CORPORATION d/b/a SHINJU JAPANESE BUFFET SUSHI SEAFOOD HIBACHI GRILL,<br><br>    Defendant. | 14-CV-62034-Cohn/Seltzer |

## OFFER OF JUDGMENT

TO: Angel Gabriel Reynoso Chavez
   c/o Daniel T. Feld, Esq.
   J.H. Zidell, P.A.
   300 71st Street, Suite 605
   Miami Beach, Florida 33141

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant, DONG LE CORPORATION d/b/a SHINJU JAPANESE BUFFET SUSHI SEAFOOD HIBACHI GRILL, by and through the undersigned counsel, hereby offers to allow judgment to be entered against it in this action for:

 1. $7,600, including all of Plaintiff's claims for relief;

 2. Reasonable attorneys' fees, litigation expenses and costs of suit incurred by Plaintiff in relation to this case to date.

This offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and shall not to be construed as either an admission that Defendant is liable in this action, or that Plaintiff has suffered any damage. This offer of judgment is intended to resolve all

1

of Plaintiff's claims for compensatory damages, statutory damages, attorneys' fees, litigation expenses and costs of suit. This offer of judgment shall not be filed with the Court unless a) accepted or b) in a proceeding to determine the reasonableness hereof.

Dated: March 10, 2015.

                                                Respectfully submitted,

                                                **The Law Office of Hongwei Shang, LLC**
                                                7350 SW 89th Street, Suite 100
                                                Miami, FL 33156
                                                Tel:  (305) 670-5266
                                                Fax: (305) 670-5299
                                                Email: hshanglaw@gmail.com

                                                *S/Hongwei Shang*_____
                                                Hongwei Shang, Esq.
                                                Fla Bar No. 0037199

                                                *Attorney for Defendant*