

# JEANNIE REPORTING
28 W. Flagler St., Suite 610
Miami, Florida 33130
www.jeanniereporting.com
Phone # (305) 577-1705  Fax # (305) 577-1706

| Bill To |
|---|
| J.H. Zidell, P.A.<br>300 71 Street<br>Suite 605<br>Miami Beach, FL. 33141 |
| ATTN: Christopher Cochran, Esq. |

## Invoice

| INVOICE # | DATE |
|---|---|
| 17454 | 3/26/2015 |
| Job # | 3241JR1 |

| REPORTER | | | | | TERMS |
|---|---|---|---|---|---|
| AM | | | | | Net 30 |
| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT | |
| 12/3/2014 | Angel Chavez vs. Dong Le Corporation<br>Case #:  14-62034-CIV-COHN | | | | |
| | Certified Transcript Deposition Rush of<br>Wei Ding 32 Pages @ $6.12 Per Page | | | 195.84 | |
| | Handling & Delivery | 1 | 15.00 | 15.00 | |

Thank you for using Jeannie Reporting
Past due invoices carry a 1.5% interest charge per month.
Tax ID #55-0828848

**Total**  $210.84

*It's been a pleasure working with you!*



# JEANNIE REPORTING

28 W. Flagler St., Suite 610
Miami, Florida 33130
www.jeanniereporting.com

Phone # (305) 577-1705   Fax #  (305) 577-1706

| Bill To |
|---|
| J.H. Zidell, P.A.<br>300 71 Street<br>Suite 605<br>Miami Beach, FL. 33141 |
| ATTN: Christopher Cochran, Esq. |

## Invoice

| INVOICE # | DATE |
|---|---|
| 16540 | 12/22/2014 |
| Job # | 3241JR1 |

| REPORTER |
|---|
| AM |

| TERMS |
|---|
| Net 30 |

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 12/3/2014 | Angel Chavez vs. Dong Le Corporation<br>Case #: 14-62034-CIV-COHN | | | |
| | Original & 1 Certified Transcript of Hao Chen<br>27 Pages @ $4.40 Per Page | | | 118.80 |
| | Appearance at Deposition 12:00 p.m. - 1:15 p.m. | 1 | 95.00 | 95.00 |
| | Electronic PDF by E-Mail | 1 | ~~35.00~~ | 35.00 |
| | Handling & Delivery | 1 | 15.00 | 15.00 |

Thank you for using Jeannie Reporting
Past due invoices carry a 1.5% interest charge per month.
Tax ID #55-0828848

| Total | $263.80 |
|---|---|

− 35
$228.80

*It's been a pleasure working with you!*

# ATD Mediation & Arbitration, PA

10125 Emerson Street
Ft. Lauderdale, FL 33076

Phone #  305-926-8801
Fax #    954-693-0673

# Invoice

| Date of Mediation | Invoice # |
|---|---|
| 11/11/2014 | 10061 |

| Bill To |
|---|
| The Zidell Law Firm |
| Daniel Feld, Esq. |
| 300 71st Street |
| Suite 605 |
| Miami Beach, FL 33141 |

| M.F. No. | Terms |
|---|---|
| B-5465 | Due on receipt |

| Description | Hours | Amount |
|---|---|---|
| Cindy Niad Hannah, Esq.<br>Angel Gabriel Reynoso Chaves v. Dong Le Corporation<br>Case#: 14-62034-CIV-COHN/SELTZER | 2 | 450.00 |
| This sum represents your one half portion of the mediation fee. 2hr. minimum charge | **Total** | **$450.00** |

Federal Tax I.D. 46-1619913

**Depo Express, Inc.**     EIN# 74-3180564     **Invoice**

1240 NE 176 Street
North Miami Beach
Florida, 33162
(305)305-3333

| Date | Invoice # |
|---|---|
| 11/3/2014 | 2247 |

| Bill To |
|---|
| Law Offices of JH Zidell<br>Jay Zidell |

| Reporter | Terms NET 30 | Ship | Via |
|---|---|---|---|
|  | Net 30 | 11/3/2014 |  |

| Qty | Item Code | Description | Rate | Sub Total |
|---|---|---|---|---|
| 1 | appearance f... | Date  11-3-14  Time  10:30 to 12:00 | 125.00 | 125.00 |
| 0 | original + 1 |  | 3.40 | 0.00 |
| 0 | exhibits |  | 0.35 | 0.00 |
| 0 | condensed/a... |  | 25.00 | 0.00 |
| 0 | courier |  | 11.00 | 0.00 |
| 0 | certified copy | Deposition of<br>Thanks for your business. | 3.00 | 0.00 |

Chavez V. Dong Le Corp     **Total**     $125.00

# Depo Express, Inc.
1240 NE 176 Street
North Miami Beach
Florida, 33162
(305)305-3333

EIN# 74-3180564

# Invoice

| Date | Invoice # |
|---|---|
| 3/17/2015 | 2329 |

| Bill To |
|---|
| Law Offices of JH Zidell<br>Jay Zidell |

| Reporter | Terms NET 30 | Ship | Via |
|---|---|---|---|
|  | Net 30 | 3/17/2015 |  |

| Qty | Item Code | Description | Rate | Sub Total |
|---|---|---|---|---|
| 0 | appearance f... | Date 11-3-14       Time back order | 75.00 | 0.00 |
| 44 | original + 1 | Hoa Chen last minute expedite | 6.00 | 264.00 |
| 0 | exhibits |  | 0.35 | 0.00 |
| 0 | condensed/a... |  | 25.00 | 0.00 |
| 1 | courier |  | 11.00 | 11.00 |
| 0 | certified copy | Deposition of<br>Thanks for your business. | 3.00 | 0.00 |

Chavez V. Dong Le Corp

**Total** $275.00

# A & M INTERPRETING AND TRANSLATING SERVICES
## María A. Marcillo
Federally Certified Court Interpreter
365 N.E. 99th St.
Miami Shores, Fl. 33138
Phone/Fax 305-757-5068
Cell Phone: 305 904.2575

November 12, 2014

J. Zidell

**INVOICE**
**No. 3711**

| | |
|---|---|
| DATE OF SERVICE: | November 3, 2014 |
| CASE: | Angel Gabriel Reynoso Chavez vs. Dong Le Corporation d/b/a/ Shinju Japanese Buffet Sushi Seafood Ibachi Grill. |
| DESCRIPTION: | Interpreted during deposition. (Mandarin) |
| TERMS: | Net due upon receipt |

| TIME | RATE | TOTAL |
|---|---|---|
| 2 hrs | $120.00 | $240.00 |

Thank you for your business.