| Date | Working Lawyer | Hours | Amount |
|---|---|---|---|
| 8/26/14 | JZ  - J.H. Zidell | 1.00 | 350.00 |
| | client intake | | |
| 9/4/14 | JZ  - J.H. Zidell | 0.50 | 175.00 |
| | drafting complaint | | |
| 9/4/14 | CC  - Christopher Cochran | 1.00 | 200.00 |
| | Researched and skip-traced Defendants | | |
| 9/4/14 | CC  - Christopher Cochran | 1.00 | 200.00 |
| | calculated, drafted, and sent via certified mail FL state minimum wage notice letter | | |
| 9/8/14 | JZ  - J.H. Zidell | 0.30 | 105.00 |
| | review Court orders [D.E. 4] and [D.E. 5] and assign to associate counsel to comply with referral to mediation | | |
| 9/9/14 | EH  - Elizabeth Hueber | 0.10 | 27.50 |
| | by Daniel Feld: Draft Notice of appearance | | |
| 9/9/14 | EH  - Elizabeth Hueber | 0.60 | 165.00 |
| | by Daniel Feld: review file and draft Plaintiff's statement of claim | | |
| 9/10/14 | JZ  - J.H. Zidell | 0.10 | 35.00 |
| | review de 4 and note short time for discovery and pass to associate to timely complete discovery | | |
| 9/19/14 | JZ  - J.H. Zidell | 0.10 | 35.00 |
| | file return of summons | | |
| 9/24/14 | JZ  - J.H. Zidell | 1.70 | 595.00 |
| | analyze and review deft's letter and attachments as response to pltf's claim; review rental agreement and ,eal cost agreement in light of prevailing law from new floridian decision etc.. | | |
| 10/2/14 | EH  - Elizabeth Hueber | 0.30 | 82.50 |
| | By Daniel Feld: draft correspondence to Defendants' counsel and attach a copy of Plaintiff's statement of claim, the court's Order requiring the same, the court's scheduling Order and the court's order of referral to mediation | | |
| 10/3/14 | JZ  - J.H. Zidell | 1.30 | 455.00 |
| | file review and flmw notice complaince review and meet with associate to file amended complaint and amended statement of claim accordingly and to contact client about deft's letter and rental agreement | | |
| 10/6/14 | CC  - Christopher Cochran | 0.10 | 20.00 |
| | client communication after review of Defendants' September 22nd letter. | | |
| 10/6/14 | CC  - Christopher Cochran | 0.40 | 80.00 |
| | amended complaitn for Mr. Zidell | | |
| 10/6/14 | CC  - Christopher Cochran | 0.70 | 140.00 |
| | amended statement of claim | | |

| Date | Working Lawyer | Hours | Amount |
|---|---|---|---|
| Explanation | | | |
| 10/6/14 | CC - Christopher Cochran | 0.50 | 100.00 |
| initial disclosures | | | |
| 10/6/14 | CC - Christopher Cochran | 0.20 | 40.00 |
| notice of compliance with [DE 6] | | | |
| 10/6/14 | CC - Christopher Cochran | 0.70 | 140.00 |
| initial discovery requests | | | |
| 10/6/14 | CC - Christopher Cochran | 0.20 | 40.00 |
| noticing depositions | | | |
| 10/6/14 | JZ - J.H. Zidell | 0.50 | 175.00 |
| review and analyze Defendants' answer and affirmative defenses | | | |
| 10/6/14 | EH - Elizabeth Hueber | 0.10 | 27.50 |
| B Daniel Feld: read correspondence from Defenndants' Counsel re: selection of mediator (agreed to anny of the suggested mediators) | | | |
| 10/7/14 | JZ - J.H. Zidell | 0.30 | 105.00 |
| review defendant answer to amended complaint and note invalid defenses asserted to flsa claim; note possible dispute as to flsa jurisdiction and whether defendant employed pltf and compare to original answer | | | |
| 10/13/14 | JZ - J.H. Zidell | 0.40 | 140.00 |
| review Defendants' answer to Plaintifff's statement of claim | | | |
| 10/14/14 | EH - Elizabeth Hueber | 0.40 | 110.00 |
| exchange 4 emails with Defendants' counse re complying with court order to mediate | | | |
| 10/14/14 | EH - Elizabeth Hueber | 0.30 | 82.50 |
| by daniel feld: draft first noitcce of mediation (still need to select date certain for mediation) | | | |
| 10/14/14 | JZ - J.H. Zidell | 0.60 | 210.00 |
| file review and compre defts response to amended statement of claim to original response and note similarity of response to both. | | | |
| 10/15/14 | EH - Elizabeth Hueber | 0.20 | 55.00 |
| by Daniel Feld: telephone call to mediators office | | | |
| 10/15/14 | EH - Elizabeth Hueber | 0.10 | 27.50 |
| By Daniel Feld: draft email correspondence to defendants' counsel | | | |
| 10/20/14 | EH - Elizabeth Hueber | 0.10 | 27.50 |
| by Daniel Feld: draft email correspondence to defendants' counsel re: mediation | | | |
| 10/21/14 | DF - Daniel Feld | 0.40 | 110.00 |
| draft notice of mediation and proposed order | | | |
| 10/31/14 | CC - Christopher Cochran | 0.10 | 20.00 |
| conferral to re-notice deposition | | | |

| Date | Working Lawyer | Hours | Amount |
|---|---|---|---|
| | Explanation | | |
| 10/31/14 | JZ  - J.H. Zidell | 1.20 | 420.00 |
| | file review and issue review for defts depositions next week and meet with associate re same | | |
| 11/3/14 | KDK - David Kelly | 0.60 | 195.00 |
| | REVIEW file and prepare for todays deposiition of corp representative, draft questions re same. | | |
| 11/3/14 | KDK - David Kelly | 1.10 | 357.50 |
| | chavez: depose the following 30b6 Hao Chen | | |
| 11/3/14 | KDK - David Kelly | 0.60 | 195.00 |
| | review file and depositions notes and draft summary of deposition today and include update re further depos needed and email cocounsel re same. | | |
| 11/3/14 | JZ  - J.H. Zidell | 0.20 | 70.00 |
| | review associate's summation of depositions of deft corp trial court reporter fee and note stip to jurisdiction and plan to complete depos of remaining witnesses | | |
| 11/6/14 | EH  - Elizabeth Hueber | 1.30 | 357.50 |
| | by Daniel Feld: review and analyze Defendants' responses to request for production, interrogatories and admissions | | |
| 11/7/14 | JZ  - J.H. Zidell | 1.30 | 455.00 |
| | review and alalyze deft's documentary production in response to rtp and tax returns and rog answers with pltf training raised and witness names and pass to associate to schedule depos of these disclosed witnesses and how rfa responses make jurisdiction discoverable here. | | |
| 11/10/14 | DF  - Daniel Feld | 0.80 | 220.00 |
| | Review file in preparation for mediation | | |
| 11/10/14 | EH  - Elizabeth Hueber | 2.60 | 715.00 |
| | by Daniel Feld: research case law on cost credit for room and board as it applies to the facts of this case in preparation for mediation | | |
| 11/10/14 | JZ  - J.H. Zidell | 1.10 | 385.00 |
| | file review and valuation review for mediation tomorrow and meet with associate counsel to preparation of for setoff issue in case it comes up at mediation | | |
| 11/11/14 | DF  - Daniel Feld | 2.50 | 687.50 |
| | Meet with client prior to mediation and attend mediation | | |
| 11/11/14 | EH  - Elizabeth Hueber | 0.50 | 137.50 |
| | by Daniel Feld: Meet with client following mediation | | |
| 11/12/14 | EH  - Elizabeth Hueber | 0.50 | 137.50 |
| | by Daniel Feld: review and analyze defendants' offer of judgment and compare to statement of claim | | |
| 11/12/14 | EH  - Elizabeth Hueber | 0.50 | 137.50 |
| | By Daniel Feld: Conference with J.H. Zidell re: defendants' offer at mediation compared to offer of | | |

judgment and merits of Defendants' claim for a cost credit

| Date | Working Lawyer | Hours | Amount |
|---|---|---|---|
| 11/12/14 | JZ - J.H. Zidell | 0.20 | 70.00 |

telephone call to Plaintiff to conevy offfer of judgment; offer was rejected by Plaintiff

| Date | Working Lawyer | Hours | Amount |
|---|---|---|---|
| 11/12/14 | JZ - J.H. Zidell | 0.90 | 315.00 |

conference with associate as to need to file second amended complaint to add indiv defendant and plan to do so asap.

| Date | Working Lawyer | Hours | Amount |
|---|---|---|---|
| 11/13/14 | CC - Christopher Cochran | 0.10 | 20.00 |

call a 9:59 am to confer on motion for leav to amend; they oppose

| Date | Working Lawyer | Hours | Amount |
|---|---|---|---|
| 11/13/14 | CC - Christopher Cochran | 0.30 | 60.00 |

drafted second amended complaint to allege Hao Chen as a defendant

| Date | Working Lawyer | Hours | Amount |
|---|---|---|---|
| 11/13/14 | CC - Christopher Cochran | 0.30 | 60.00 |

motion for leave to file and amended complaint and proposed order

| Date | Working Lawyer | Hours | Amount |
|---|---|---|---|
| 11/14/14 | JZ - J.H. Zidell | 0.20 | 70.00 |

relay OJ to Client for $1564 plus fees and rejected by Client; inter-office conf in re; with associate brief as to this.

| Date | Working Lawyer | Hours | Amount |
|---|---|---|---|
| 11/17/14 | CC - Christopher Cochran | 0.30 | 60.00 |

e-mail on follow-up deposition dates

| Date | Working Lawyer | Hours | Amount |
|---|---|---|---|
| 11/17/14 | CC - Christopher Cochran | 0.10 | 20.00 |

responded to Defensen counsel's email on follow-up dates.

| Date | Working Lawyer | Hours | Amount |
|---|---|---|---|
| 11/18/14 | CC - Christopher Cochran | 0.10 | 20.00 |

received counsel's refusal to provide witness addresses.

| Date | Working Lawyer | Hours | Amount |
|---|---|---|---|
| 11/18/14 | CC - Christopher Cochran | 0.60 | 120.00 |

response email on depositions. Reminded her of Rule 26 disclosure requirement.

| Date | Working Lawyer | Hours | Amount |
|---|---|---|---|
| 11/26/14 | CC - Christopher Cochran | 0.40 | 80.00 |

follow-up email on deposition dates

| Date | Working Lawyer | Hours | Amount |
|---|---|---|---|
| 11/26/14 | CC - Christopher Cochran | 0.40 | 80.00 |

review of discovery responses

| Date | Working Lawyer | Hours | Amount |
|---|---|---|---|
| 11/26/14 | CC - Christopher Cochran | 0.10 | 20.00 |

noticed Defendant individually for deposition in the mean time.

| Date | Working Lawyer | Hours | Amount |
|---|---|---|---|
| 12/2/14 | DF - Daniel Feld | 2.00 | 550.00 |

review file in preparation for depositions tomorrow and draft deposition questions

| Date | Working Lawyer | Hours | Amount |
|---|---|---|---|
| 12/2/14 | JZ - J.H. Zidell | 0.80 | 280.00 |

file and docket review and breif meet w associate about deft depos tomorrow

| Date | Working Lawyer | Hours | Amount |
|---|---|---|---|
| 12/3/14 | DF - Daniel Feld | 1.10 | 302.50 |

take depositons of Hao Chen and Wei Ding

| Date | Working Lawyer | Hours | Amount |
|---|---|---|---|
| 12/11/14 | CC  - Christopher Cochran | 0.30 | 60.00 |

filed second amended complaint on Mr. Zidell's behalf

| 12/11/14 | CC  - Christopher Cochran | 0.20 | 40.00 |

notice of filing proposed amended summonses

| 12/17/14 | CC  - Christopher Cochran | 0.10 | 20.00 |

forwarded discovery requests to dan feld to take over.

| 12/22/14 | JZ  - J.H. Zidell | 0.90 | 315.00 |

meet with associate as to remaining issues after cochran no longer here and file review

| 1/5/15 | JG  - Julia Garrett | 0.50 | 112.50 |

Review documents and prepped notes for docs and information client needs to bring to meeting at office tomorrow.

| 1/5/15 | JZ  - J.H. Zidell | 0.60 | 210.00 |

review and analyze defendants' answer and affimrtive defenses and compare to first answer and affirmtive defenses

| 1/5/15 | JZ  - J.H. Zidell | 1.20 | 420.00 |

file review and meet w associate to preparation of for pltf to answer written discovery tomorrow.

| 1/6/15 | JG  - Julia Garrett | 0.30 | 67.50 |

Formatted documents and drafted email to opposing counsel delivering Responses to Request for Production and Interrogatories.

| 1/6/15 | JG  - Julia Garrett | 3.50 | 787.50 |

Drafted responses to Defendant's First Set of Interrogatories with Plaintiff. Reviewed document with supervising attorney.

| 1/6/15 | EH  - Elizabeth Hueber | 1.00 | 275.00 |

by Daniel Feld: review interrogatories prepared by associate counsel, draft edits and corrections and conference with associate counsel regarding edits and corrections

| 1/6/15 | JZ  - J.H. Zidell | 1.60 | 560.00 |

meet with client and associate counsel to review pltf's answeers to deft's written discovery.

| 1/27/15 | JG  - Julia Garrett | 0.20 | 45.00 |

drafted and filed NOA

| 1/30/15 | JZ  - J.H. Zidell | 0.80 | 280.00 |

docket review and file review as to complinace with pretrial order.

| 2/23/15 | EH  - Elizabeth Hueber | 0.20 | 55.00 |

byy Daniel Feld: Conference with associate Steve Fraser re: getting tot he consent to magistrate form filed

| 2/24/15 | JZ  - J.H. Zidell | 1.20 | 420.00 |

meeting with associate to review for trial next month and constraints considering other trials and absence for fam vacation and plan to preparation of for trial and explore Mag Judge consent with Opposing counsel to get special set trial date. Identify witnesses to subpoena and plan trial preparation of meetings with Pltf.

2/25/15        EH    - Elizabeth Hueber        0.10       27.50
By Daniel Feld: follow up with associate counsel as to why the consent to magistrate form had not yet been filed

2/25/15        JZ    - J.H. Zidell             0.10       35.00
meet associate to review status of consent to Mag Judge

2/26/15        JZ    - J.H. Zidell             0.40       140.00
meet associate to review plan to preparation of for trial in light on denial for referral to Mag Judge

2/27/15        EH    - Elizabeth Hueber        2.20       605.00
by daniel feld: review file and prepare a draft pretrial stipulation to be filed by associate counsel

3/2/15         JZ    - J.H. Zidell             0.10       35.00
meet assocaite for filing of motion to be excused for 2 days of trial period in light of family passover travel plans

3/2/15         JZ    - J.H. Zidell             2.00       700.00
file review for all matters to include in pretrial stip. inter-office conf in re; with associate as to getting draft to Opposing counsel this week; exhibit review and witness review ; client contact for witness addresses

3/3/15         JG    - Julia Garrett           0.50       112.50
reviewed Motion to Modify Trial Schedule and Proposed Order, edited, and filed, and emailed proposed order to Judge

3/3/15         JZ    - J.H. Zidell             0.80       280.00
meet with associate as to progress of preparation of of pts and witness subpoenas

3/3/15         JZ    - J.H. Zidell             2.70       945.00
file organization for trial and meet with associate to have this file trial ready by 03.14.15

3/4/15         JZ    - J.H. Zidell             0.30       105.00
[steve fraser] receipt and review file; analyze order granting motion to be execused from trial; udpate file notes

3/4/15         JZ    - J.H. Zidell             4.80       1680.00
review for trial and diff calculationsfor pltfs damages if credit is given for any lodging or food , exhibit review for trial

3/4/15         EH    - Elizabeth Hueber        0.70       192.50

| Date | Working Lawyer | Hours | Amount |
| --- | --- | --- | --- |

Explanation

General case review.

| 3/5/15 | JZ   - J.H. Zidell | 0.30 | 105.00 |

call to client about trial preparation of dates and settlement demand

| 3/5/15 | JZ   - J.H. Zidell | 2.90 | 1015.00 |

meet with associate and review in limine issues that must be filed for trial on waiver of cost credit and no evidence to substantiate cost credit under prevailing law as well as invalid flsa defenses in answer as to estoppel etc... plan with associate timely filing of motion in limine with pts and further

| 3/5/15 | EH   - Elizabeth Hueber | 4.00 | 1100.00 |

Preparation of Motion in Limine in regard to particular evidence brought by opposing side.

| 3/5/15 | EH   - Elizabeth Hueber | 2.50 | 687.50 |

Performed research in regard to potential grounds for Motion in Limine.

| 3/5/15 | EH   - Elizabeth Hueber | 0.50 | 137.50 |

Continued case review and preparation in regard to evidence; review of case file for objectionable issues.

| 3/6/15 | JG   - Julia Garrett | 4.00 | 900.00 |

trial preparation, witness list, pretrial stip draft, and discussed with EH and supervising atty JZ

| 3/6/15 | EH   - Elizabeth Hueber | 0.50 | 125.00 |

Prepared subpoenas for trial for witnesses (3).

| 3/6/15 | EH   - Elizabeth Hueber | 0.20 | 50.00 |

Performed case review and internet research regarding locations of witnesses.

| 3/6/15 | EH   - Elizabeth Hueber | 0.20 | 55.00 |

Conference with Opposing counsel regarding settlement.

| 3/6/15 | EH   - Elizabeth Hueber | 0.30 | 82.50 |

Activities regarding settlement, including review of file, attorneys fees, and conference with managing attorney.

| 3/6/15 | JZ   - J.H. Zidell | 3.20 | 1120.00 |

inter-office conf in re; with associate as to urgency of getting pts draft to opposing counsel forthwith; verify witness subpoenas for trial, review defendants depos in preparation of for trial

| 3/6/15 | EH   - Elizabeth Hueber | 2.20 | 605.00 |

Collaboration with J. Garret regarding trial preparation, including the drafting of a trial stipulation.

| 3/6/15 | EH   - Elizabeth Hueber | 0.40 | 110.00 |

Reviewed deposition of Hao Chen.

| 3/9/15 | JG   - Julia Garrett | 0.20 | 45.00 |

phone call with client

| Date | Working Lawyer | Hours | Amount |
|---|---|---|---|
| | Explanation | | |
| 3/9/15 | **EH** - Elizabeth Hueber | 0.30 | 82.50 |
| | Correspondences between Opposing counsel regarding settlement, pre-trial statement. | | |
| 3/9/15 | **EH** - Elizabeth Hueber | 0.30 | 82.50 |
| | Attempted contacts regarding trial stipulation with opposing counsel (3) | | |
| 3/10/15 | **EH** - Elizabeth Hueber | 0.10 | 27.50 |
| | Review of correspondence regarding settlement, response to Opposing counsel | | |
| 3/11/15 | **JZ** - J.H. Zidell | 0.20 | 70.00 |
| | relay OJ to client for his consideration and he will let me know | | |
| 3/12/15 | **EH** - Elizabeth Hueber | 0.20 | 55.00 |
| | Reviewed e-mails and prepared response to opposing counsel regarding potential settlement, pre-trial stipulation. | | |
| 3/12/15 | **EH** - Elizabeth Hueber | 0.20 | 55.00 |
| | Drafted statement to Opposing counsel regarding pre trial stipulation. | | |
| 3/13/15 | **EH** - Elizabeth Hueber | 0.10 | 27.50 |
| | Review of Corespondence with opposing counsel. | | |
| 3/13/15 | **EH** - Elizabeth Hueber | 0.80 | 220.00 |
| | Preparation and drafting of exhibit list. | | |
| 3/13/15 | **EH** - Elizabeth Hueber | 0.80 | 220.00 |
| | Preparation and drafting of witness list. | | |
| 3/13/15 | **EH** - Elizabeth Hueber | 0.10 | 27.50 |
| | Review of opposing counsel's proposed stipulation, exhibit list, witness list. | | |
| 3/13/15 | **EH** - Elizabeth Hueber | 0.90 | 247.50 |
| | Collaborated with opposing counsel on appropriate language for modifications to pretrial stipulation; made multiple revisions of same. | | |
| 3/16/15 | **EH** - Elizabeth Hueber | 1.70 | 467.50 |
| | Preparation of research in regard to issue of witness disclosure. | | |
| 3/16/15 | **EH** - Elizabeth Hueber | 0.40 | 110.00 |
| | Reviewed deposition of Wei Ding. | | |
| 3/16/15 | **EH** - Elizabeth Hueber | 0.30 | 82.50 |
| | Interoffice conferences regarding status of Offer of Judgment. | | |
| 3/17/15 | **JZ** - J.H. Zidell | 0.20 | 70.00 |
| | confirmation from Client that he will accept recent OJ | | |
| 3/17/15 | **EH** - Elizabeth Hueber | 0.20 | 55.00 |
| | Continued corresponding with opposing counsel in search of resolution. | | |
| 3/17/15 | **EH** - Elizabeth Hueber | 0.30 | 82.50 |

| Date | Working Lawyer | Hours | Amount |
|---|---|---|---|
| | Explanation | | |

Reviewed and corresponded regarding settlement discussions.

3/17/15     **EH   - Elizabeth Hueber**      0.30    82.50
Prepared voir dire instructions.

3/17/15     **EH   - Elizabeth Hueber**      1.50    412.50
Performed legal research on the issue of a Rule 68 timing, enforceability.

3/17/15     **EH   - Elizabeth Hueber**      0.50    137.50
Drafted mini-memorandum on Rule 68 applicability, pitfalls and risks.

3/18/15     **JZ   - J.H. Zidell**           0.30    105.00
inter-office conf in re; with client about status of case after notifying Courtof acceptance of OJ and will advise if trial cancelled and later 2nd call to client advising that trial was cancelled and how case will conclude

3/18/15     **EH   - Elizabeth Hueber**      0.20    55.00
Contacted court regarding settlement; contacted opposing counsel regarding same and calendar call.

3/18/15     **EH   - Elizabeth Hueber**      1.20    330.00
Prepared Motion to cancel calendar call.

3/18/15     **EH   - Elizabeth Hueber**      0.10    27.50
Contacted opposing counsel regarding canceling calendar call.

3/18/15     **EH   - Elizabeth Hueber**      0.10    27.50
Conference with Court regarding calendar call.

3/27/15     **EH   - Elizabeth Hueber**      0.30    82.50
Collaborated with Opposing Counsel regarding agreement.

3/27/15     **EH   - Elizabeth Hueber**      0.40    110.00
Edited and created final draft of judgment documents.

3/27/15     **EH   - Elizabeth Hueber**      0.20    55.00
Prepared and delivered orders to Court.

4/3/15      **EH   - Elizabeth Hueber**      0.10    27.50
Reviewed correspondence from opposing counsel and prepared a response in regard to settlement.

4/13/15     **EH   - Elizabeth Hueber**      0.20    55.00
Prepared extended response to opposing parties' refusal to pay judgment.

4/22/15     **EH   - Elizabeth Hueber**      0.30    82.50
Prepared extended response to opposing parties' refusal to comply with judgment.

4/22/15     **EH   - Elizabeth Hueber**      0.30    82.50
Performed research as to lawful methods of collection.

4/22/15     **EH   - Elizabeth Hueber**      0.20    55.00
Prepared extended response to opposing parties' refusal to comply with judgment.

4/22/15     **EH   - Elizabeth Hueber**      0.20    55.00

| Date | Working Lawyer | Hours | Amount |
|---|---|---|---|
| | Explanation | | |

Prepared extended response to opposing parties' refusal to comply with judgment.

| 4/24/15 | EH - Elizabeth Hueber | 0.20 | 55.00 |

Prepared extended response to opposing parties' refusal to comply with judgment.

| 4/29/15 | JZ - J.H. Zidell | 5.80 | 2030.00 |

ledger review and draft fee motion pursuant to OJ

```
                    Unbilled: 105.20   31185.00
                      Billed:   0.00       0.00
                       Total: 105.20   31185.00
              Percent Billed:   0.00       0.00
```

*** Summary by Working Lawyer ***

| Working Lawyer | Hour | | | | | Fee | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Unbill | Firm % | Billed | Firm % | Total % Bl | Unbill | Firm % | Billed | Firm % | Total % Bl |
| EH - Eliz | 35.60 | 33.8 | 0.00 | 100. | 35.60 0.00 | 9772.50 | 31.3 | 0.00 | 100. | 9772.50 0.00 |
| JZ - J.H. | 43.10 | 40.9 | 0.00 | 100. | 43.10 0.00 | 15085.00 | 48.3 | 0.00 | 100. | 15085.00 0.00 |
| CC - Chr | 8.20 | 7.79 | 0.00 | 100. | 8.20 0.00 | 1640.00 | 5.26 | 0.00 | 100. | 1640.00 0.00 |
| DF - Dar | 6.80 | 6.46 | 0.00 | 100. | 6.80 0.00 | 1870.00 | 6.00 | 0.00 | 100. | 1870.00 0.00 |
| JG - Jul | 9.20 | 8.75 | 0.00 | 100. | 9.20 0.00 | 2070.00 | 6.64 | 0.00 | 100. | 2070.00 0.00 |
| KDK - Dav | 2.30 | 2.19 | 0.00 | 100. | 2.30 0.00 | 747.50 | 2.40 | 0.00 | 100. | 747.50 0.00 |
| **Firm Total** | 105.20 | 100. | 0.00 | 100. | 105.20 0.00 | 31185.00 | 100. | 0.00 | 100. | 31185.00 0.00 |

*** Summary by Responsible Lawyer ***

| Responsible | Hour | | | | | Fee | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Unbill | Firm % | Billed | Firm % | Total % Bl | Unbill | Firm % | Billed | Firm % | Total % Bl |
| JZ - J.H. | 105.20 | 100. | 0.00 | 100. | 105.20 0.00 | 31185.00 | 100. | 0.00 | 100. | 31185.00 0.00 |
| **Firm Total** | 105.20 | 100. | 0.00 | 100. | 105.20 0.00 | 31185.00 | 100. | 0.00 | 100. | 31185.00 0.00 |

REPORT SELECTIONS - Client Fees Listing

| | |
|---|---|
| Layout Template | ATTY FEE REPORT |
| Advanced Search Filter | None |
| Requested by | EH |
| Finished | Tuesday, May 26, 2015 at 07:46:13 PM |
| Ver | 14.0 (14.0.20140923) |
| Date Range | ALL DATES |
| Matters | 14-62034 |
| Clients | All |
| Major Clients | All |
| Client Intro Lawyer | All |
| Matter Intro Lawyer | All |

| Date | Working Lawyer | Hours | Amount |
|---|---|---|---|
| Explanation | | | |

| | |
|---|---|
| Responsible Lawyer | All |
| Assigned Lawyer | All |
| Type of Law | All |
| Select From | Active, Inactive, Archived Matters |
| Matters Sort by | Default |
| New Page for Each Lawyer | No |
| Firm Totals Only | No |
| Client balances only | No |
| Matter balances only | No |
| Entries Shown - Billed Only | Yes |
| Entries Shown - Unbilled | Yes |
| Entries Shown - Billable | Yes |
| Entries Shown - Write Up/Down | Yes |
| Entries Shown - No Charge | Yes |
| Entries Shown - Non Billable | Yes |
| Working Lawyer | All |