UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62034-CIV-COHN/SELTZER

ANGEL GABRIEL REYNOSO CHAVEZ, and
all others similarly situated under 29 U.S.C.
§ 216(b),

    Plaintiff,

v.

DONG LE CORPORATION d/b/a SHINJU
JAPANESE BUFFET SUSHI SEAFOOD
HIBACHI GRILL and HAO CHEN,

    Defendants.
_____/

## ORDER REFERRING MOTIONS FOR COSTS AND FEES

**THIS CAUSE** is before the Court *sua sponte*. In accordance with 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the United States District Court for the Southern District of Florida, it is hereby

**ORDERED AND ADJUDGED** that the above-captioned cause is **REFERRED** to United States Magistrate Judge Barry S. Seltzer for appropriate disposition of Plaintiff's Motion for Costs [DE 51] and Plaintiff's Motion for Attorneys' Fees [DE 52], and all motions that relate directly to those motions, such as motions for extensions of time, motions for reconsideration, motions for sanctions, and motions for evidentiary hearings.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of June, 2015.

JAMES I. COHN
United States District Judge

Copies provided to:
U.S. Magistrate Judge Barry S. Seltzer
Counsel of record via CM/ECF