UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62034-CIV-COHN/SELTZER

ANGLE GABRIEL REYNOSO CHAVEZ
and all others similarly situated under 29
U.S.C. 216(b),

    Plaintiff,

v.

DONG LE CORPORATION d/b/a SHINJU
JAPANESE BUFFET SUSHI SEAFOOD
HIBACHI GRILL and HAO CHEN,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation [DE 57] of United States Magistrate Judge Barry S. Seltzer, regarding Plaintiff's Motion for Attorneys' Fees [DE 52] and Plaintiff's Motion for Costs [DE 51]. The Court notes that no objections to the Report and Recommendation have been filed, and the time for filing such objections has expired. Pursuant to 28 U.S.C. §636(b)(1), the Court has conducted a *de novo* review of the Report and Recommendation, and having considered the underlying Motions and the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [DE 99] is **ADOPTED** in its entirety.

2. Plaintiff's Motion for Attorneys' Fees [DE 52] is **GRANTED in part** and **DENIED in part**. Plaintiff shall recover $21,327.50 in attorneys' fees from Defendants,

      plus interest thereon at the rate of 0.26% per annum, from March 30, 2015, for which let execution issue.

3.    Plaintiff's Motion for Costs [DE 51] is **GRANTED in part** and **DENIED in part**. Plaintiff shall recover $1,282.80 in costs from Defendants, plus interest thereon at the rate of 0.26% per annum, from March 30, 2015, for which let execution issue.

      **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of October, 2015.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF