UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-62034-CIV-COHN/SELTZER

ANGEL GABRIEL REYNOSO CHAVEZ *and all others similarly situated under 29 U.S.C. 216(B)*   )
)
)
)
       Plaintiff   )
vs.   )
)
DONG LE CORPORATION D/B/A SHINJU JAPANESE BUFFET SUSHI SEAFOOD HIBACHI GRILL   )
)
)
)
       Defendants   )

_____

## NOTICE OF DISSOLVING WRIT OF GARNISHMENT AFTER JUDGMENT AND NOTICE OF SATISFACTION OF JUDGMENT DE#58.

Plaintiff, by its undersigned Attorney, hereby gives notice of dissolving the writ of garnishment after judgment served on Garnishee BANK OF AMERICA on 11/06/15 and as grounds therefore, states as follows:

1. Plaintiff obtained a judgment against Defendants for fees and costs on   10/ 22/2015 (DE #58) for $22,610.30.

2. As of the date of this Notice (11/10/15) , Defendants have satisfied the outstanding judgment DE #58 as well as post-judgment fees and costs.

3. Plaintiff, through Counsel dissolves the writ of garnishment accordingly.

                J.H. ZIDELL, ESQ.
                ATTORNEY FOR PLAINTIFF
                300 71ST STREET #605
                MIAMI BEACH, FLA. 33141
                F.B.N.0010121
                305-865-6766

      BY:_JH Zidell_____

                J.H. ZIDELL, ESQ.

On 11.10.15, I hereby certify that this notice was filed on CMECF and that Defendant's Counsel is listed as a recipient of CMECF filings for this case.

X__JH Zidell_____